UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTINGALE INVESTMENTS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOSE LUIS CHAVEZ, et al., <br><br> Defendants. | CASE NO. CV 13-00597 UA (DUTYx) <br><br> ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION |

The Court remands this unlawful detainer action to state court summarily because defendant Jose Luis Chavez removed it improperly.

Having been sued in what appears to be a routine unlawful detainer action in California state court, defendant lodged a Notice of Removal of that action to this Court and also presented an application to proceed without prepayment of the filing fee. The Court denied the latter application in a separate order because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this order to remand the action to state court.

Plaintiff could not have brought this action in federal court in the first place, and defendant does not competently allege facts supplying either diversity or federal-question jurisdiction. See 28 U.S.C. § 1441(a). Therefore, defendant has met his burden to establish that removal is proper. See Franchise Tax Bd. of State of Cal. v. Constr. Laborers Vacation Tr. for S. Cal., 463 U.S. 1, 8-10 (1983); Hunter

1  v. Philip Morris USA, 582 F.3d 1039, 1042-1043 (9th Cir. 2009).

2      Defendant is notified and warned that any subsequent attempts to remove the underlying state
3  unlawful detainer action to this Court will be improper and will constitute vexatious conduct that the
4  Court may address by way of punitive remedial measures, which may include having defendant
5  designated as a vexatious litigant and barred from commencing any further removal actions with respect
6  to the underlying state unlawful detainer action.

7      Accordingly, this matter is **remanded** to the Superior Court of California for the County of Los
8  Angeles, 415 West Ocean Boulevard, Long Beach, California 90802, for lack of subject matter
9  jurisdiction pursuant to 28 U.S.C. § 1447(c). The Clerk is directed to send a certified copy of this order
10 to the state court and to serve copies of this order on the parties.

12 **IT IS SO ORDERED.**

14 DATED: _2/6_, 2013

GEORGE H. KING
CHIEF DISTRICT JUDGE

Page 2